# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO ELISEO AMAYA MELENDEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:25-MJ-95<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 01, 2024** in the city/county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C., Section 1326(a). | Illegal Reentry After Removal |

This criminal complaint is based on these facts:
SEE ATTATCHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
April Russo/Lyndi McVey
*Printed name and title*

*Complainant's signature*
Jason Brouzakis; Special Agent, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: February 28, 2025

*Judge's signature*

City and state: Alexandria, Virginia

The Honorable; William E. Fitzpatrick; Magistrate Judge
*Printed name and title*