IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO ELISEO AMAYA MELENDEZ,<br><br>Defendant. | Case No. 1:25-MJ-95 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jason L. Brouzakis, being duly sworn, depose and state:

1. I am a Special Agent with the United States Immigration and Customs Enforcement (ICE) in Fairfax County, Virginia. I have been employed with ICE for more than fifteen years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Special Agent with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code, and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for ANTONIO ELISEO AMAYA MELENDEZ (hereafter referred to as AMAYA MELENDEZ), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about March 1, 2024, ICE learned that AMAYA MELENDEZ had been detained at the Fairfax County Adult Correctional Center located in Fairfax, Virginia, within the Eastern District of Virginia.

6. ICE performed records checks, which confirmed that AMAYA MELENDEZ is a native and citizen of El Salvador who was removed from the United States on or about July 12, 2023, at or near Alexandria, Louisiana. AMAYA MELENDEZ was again removed on or about July 26, 2019, at or near Alexandria, Louisiana. AMAYA MELENDEZ did not have legal authorization to reenter or remain in the United States.

7. AMAYA MELENDEZ was fingerprinted when arrested in Fairfax, Virginia. The fingerprint card was electronically processed through ICE indices containing fingerprint records

of known and previously deported aliens. Results of this query showed positive matches to AMAYA MELENDEZ and his FBI number.

8. AMAYA MELENDEZ was fingerprinted when arrested in Fairfax and his fingerprints came back to a unique FBI number associated with AMAYA MELENDEZ. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is also integrated with the criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to AMAYA MELENDEZ and his unique FBI number. Specifically, the immigration record checks confirmed that AMAYA MELENDEZ is a native and citizen of El Salvador with an associated Alien File. The Alien File is associated with AMAYA MELENDEZ through his unique FBI number.

9. I also reviewed documents from AMAYA MELENDEZ's associated Alien File maintained by U.S. Citizenship and Immigration Services. The documents from the Alien File revealed that AMAYA MELENDEZ is a citizen and national of El Salvador. The file contained two previously executed Immigration Service Form I-205s, Warrant of Removal/Deportation, bearing AMAYA MELENDEZ's photograph, fingerprint, and signature. These forms showed that AMAYA MELENDEZ was removed from the United States on the following dates and places of removal:

    a) July 26, 2019, from Alexandria, Louisiana; and

    b) July 12, 2023, from Alexandria, Louisiana

10. AMAYA MELENDEZ has prior criminal convictions prior to his most recent removal.

11.     I performed a record check of immigration databases which revealed that AMAYA MELENDEZ has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal. Moreover, ICE databases reveal no evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States.

## CONCLUSION

12.     Based on the foregoing, I submit that there is probable cause to believe that on or about March 1, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, AMAYA MELENDEZ, an alien who was removed from the United States on or about July 26, 2019 at or near Alexandria, Louisiana, and again on or about July 12, 2023, at or near Alexandria, Louisiana, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

Respectfully submitted,

Jason Brouzakis
Special Agent
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on February 28, 2025.

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia