IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No: 1:25-MJ-95 (WEF) |
| ) | |
| ) | |
| ANTONIO ELISEO AMAYA MELENDEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER REGARDING DEFENDANT'S
MOTION TO RECONSIDER DETENTION ORDER

The defendant is charged with a single count of illegally reentering the United States after having been previously deported, in violation of Title 18, United States Code, Section 1326(a). The defendant made his initial appearance on March 5, 2025, at which time the government requested a detention hearing in accordance with the Bail Reform Act, Title 18, United States Code, Section 3142. On March 10, 2025, the undersigned held a detention hearing and after hearing proffers and argument of counsel ordered the defendant detained on grounds that he posed a risk of flight and a danger to the community. (Dkt. 15).

This matter is now before the Court on the Defendant's Motion to Reconsider the Court's Order of Detention. (Dkt. 13). The government filed its response (Dkt. 17) on March 17, 2025 and the Court heard oral argument on March 18, 2025. For the reasons stated on the record, the defendant's motion is **GRANTED IN PART** and **DENIED IN PART**.

It is hereby:

**ORDERED** that the defendant's motion seeking reconsideration of the Court's finding that the defendant posed a risk of flight is **GRANTED**; it is further

**ORDERED** that the defendant's motion seeking reconsideration of the Court's finding that the defendant posed a danger to the community is **DENIED**; and it is further

**ORDERED** that the defendant be remanded to the custody of the United States Marshal

pending trial on the basis that he poses a danger to the community.

                                                *William E. Fitzpatrick*
                                                William E. Fitzpatrick
                                                United States Magistrate Judge

March 18, 2025
Alexandria, Virginia